B 1 (Official Form 1) (1/08)

| **United States Bankruptcy Court**<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Republic Thunderbolt North, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**34-0728587** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>**1750 Tysons Boulevard**<br>**Suite 1400**<br>**McLean, VA**<br>ZIP CODE **22102** | Street Address of Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Attached Schedule 1**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed<br>(Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other – Retail/Service<br>**Tax-Exempt Entity**<br>Check box, if applicable<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition<br>for Recognition of a<br>Foreign Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **(Check one box.)**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>---<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☒ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

5522531

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Republic Thunderbolt North, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Schedule 2** | Case Number: | Date Filed:<br>**March 17, 2009** |
| District:<br>**Delaware** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor –Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   and Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

5522531

B 1 (Official Form 1) (1/08)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Republic Thunderbolt North, LLC** |
|---|---|

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (If not represented by attorney)

   _____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box)

☐   I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

X _____
   (Printed Name of Foreign Representative)

   _____
   Date

**Signature of Attorney\***

X _____

Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Jason M. Madron, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street; Wilmington, Delaware 19801
Telephone: (302) 651-7700; Facsimile: (302) 651-7701

-and-

Steven J. Reisman, Esq.
Timothy A. Barnes, Esq.
Veronique A. Hodeau, Esq.
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue; New York, New York 10178
Telephone: (212) 696-6000; Facsimile: (212) 697-1559

March 17, 2009

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   **Donald E. Miller**
   Printed Name of Authorized Individual
   **Chief Restructuring Officer**
   Title of Authorized Individual
   **March 17, 2009**
   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

5522531

## Schedule 1

**Location of Principal Assets**

Aptos, CA
Atlanta, GA
Austin, TX
Cortaillod, Switzerland
Denton, TX
Essex, England
Exeter, NH
Farmingdale, NY
Greer, SC
Long Island City, NY
McLean, VA
New York, NY
Paris, France
South San Francisco, CA
Titusville, FL
Tustin, CA
West Hempstead, NY
Wichita, KS

**Schedule 2**

**List of Affiliated Debtors**

The Fairchild Corporation
A10 Inc.
Aero International, Inc.
Aircraft Tire Corporation
Banner Aerospace Holding Company I, Inc.
Banner Aerospace Holding Company II, Inc.
Banner Aerospace Services, Inc.
Banner Aerospace-Singapore, Inc.
Banner Capital Ventures, Inc.
Banner Energy Corporation of Kentucky, Inc.
Banner Industrial Distribution, Inc.
Banner Industrial Products, Inc.
BAR DE, Inc.
DAC International, Inc.
Dallas Aerospace, Inc.
DEM Mairoll, LLC
Discontinued Aircraft, Inc.
Discontinued Services, Inc.
Euro MLS, Inc.
Fairchild Data Corporation
Fairchild Fasteners Corp.
Fairchild France, Inc.
Fairchild Holding Corp.
Fairchild International, Inc.
Fairchild Realty, LLC
Fairchild Retiree Medical Services, Inc.
Fairchild Sports USA, Inc.
Fairchild Sports, Inc.
Fairchild Switzerland, Inc.
Fairchild Technologies IP, Inc.
Fairchild Titanium Technologies, Inc.

Fairchild Trading Corp.
Faircraft Sales Ltd.
GCCUS, Inc.
Gobble Gobble, Inc.
Intersport Fashions West, Inc.
Jenkins Coal Dock Company, Inc.
Mairoll, Inc.
Marcliff Corporation
Marson Creative Fastener, Inc.
Matrix Aviation, Inc.
Meow, Inc.
NASAM Incorporated
PB Herndon Aerospace, Inc.
Plymouth Leasing Company
Professional Aircraft Accessories, Inc.
Professional Aviation Associates, Inc.
Recoil Australia Holdings, Inc.
Recoil Holdings, Inc.
Recoil Inc.
Recycling Investments II, Inc.
Recycling Investments III, Inc.
Republic Thunderbolt North, LLC
Republic Thunderbolt West, LLC
Republic Thunderbolt, LLC
RHI Holdings, Inc.
Sheepdog, Inc.
Sovereign Air Limited
Suchomimous Terensis, Inc.
Swimming Upstream LLC
The Rooster, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FAIRCHILD CORPORATION, et al.,[1] | ) | Case No. 09- |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 40 LARGEST UNSECURED CLAIMS
## AGAINST THE DEBTOR

The Fairchild Corporation ("Fairchild") and the other debtors and debtors-in-possession in the above-captioned cases (collectively with Fairchild, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a consolidated list of the Debtors' creditors holding the 40 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately March 16, 2009. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 1400, McLean, VA 22102. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Office of the General Counsel Pension Benefit Guaranty Corporation Tel: (202) 326-4000 Fax: (202) 842-2643 1200 K Street, N.W. Washington, DC 20005-4026 | Benefit Plan | Contingent Unliquidated | $55,000,000 |
| AVI Jüchen GmbH Widdersdorfer Strasse 252 D-50933 Cologne, Germany | Mr. Michael Martin Managing Director Tel: +49 221 94 97 32 0 Fax: +49 221 49 72 168 mm@avi-gmbh.de Widdersdorfer Strasse 252 D-50933 Cologne, Germany | Letter of Comfort | Contingent | $33,658,000 [€26,502,000] |
| Retiree Health Plan for a Certain Class of Former Employees of Fairchild Republic Company c/o Mr. Richard Dorn Levy Ratner P.C. 80 8th Avenue 8th Floor New York, NY 10011-5126 | Mr. Richard Dorn Tel: (212) 627-8100 Fax: (212) 627-8182 ndorn@lrbpc.com Levy Ratner P.C. 80 8th Avenue 8th Floor New York, NY 10011-5126 | Benefit Plan | Unliquidated | $18,671,000 |
| Ohio Workers Compensation Mr. Joseph T. Chapman Senior Assistant Attorney General Collection Enforcement 150 E. Gay Street, 21st Floor Columbus, Ohio | Mr. Joseph T. Chapman Tel: (614) 466-6594 Fax: (614) 752-9070 jchapman@ag.state.oh.us Senior Assistant Attorney General Collection Enforcement 150 E. Gay Street, 21st Floor Columbus, Ohio | Assumed Liability | Disputed | $9,590,000 |
| AVI Lagertechnic GmbH Widdersdorfer Strasse 252 D-50933 Cologne, Germany | Mr. Michael Martin Tel: +49 221 94 97 32 0 Fax: +49 221 49 72 168 mm@avi-gmbh.de Managing Director Widdersdorfer Strasse 252 D-50933 Cologne, Germany | Letter of Comfort | Contingent | $9,340,000 [€7,353,750] |

1

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Stadtsparkasse Düsseldorf Berliner Alle 33 40212 Düsseldorf, Germany | Mr. Norbert Prenzel Tel: +49 211 878 5800 Fax: +49 211 878 5805 Norbert.Prenzel@sskduesseldorf.de Stadtsparkasse Düsseldorf Berliner Alle 33 40212 Düsseldorf, Germany | Guaranty | Contingent | $6,604,000 [€5,200,000] |
| HSBC Trinkaus & Burkhardt AG Königsalle 21-23 40212 Düsseldorf, Germany | Mr. Stephan Beckers Tel: +49 211 910 1369 Fax: +49 211 910 2535 stephan.beckers@hsbctrinkaus.de HSBC Trinkaus & Burkhardt AG Königsalle 21-23 40212 Düsseldorf, Germany | Guaranty | Contingent | $6,604,000 [€5,200,000] |
| Column Financial c/o Keybank Real Estate Capital 911 Main Street Suite 1500 Kansas City, MO  64105 | Mr. Robert Van Biber Tel: (816) 412-5181 Fax: (877) 379-1625 robert_a_vanbiber@keybank.com Column Financial c/o Keybank Real Estate Capital 911 Main Street Suite 1500 Kansas City, MO  64105 | Environmental | Contingent Unliquidated | $6,195,000 |
| New York Dept. of Environmental Conservation Division of Environmental Remedial Bureau A 625 Broadway, 11th Floor Albany, NY  12233 | Mr. Steven Scharf, P.E. Tel:  (518) 402-9620 Fax: (518) 402-9022 New York Dept. of Environmental Conservation Division of Environmental Remedial Bureau A 625 Broadway, 11th Floor Albany, NY  12233 Reference: Mairoll Fairchild Republic Main Plant Site NYSEC Site No. 1-52-130 | Environmental | Unliquidated | $6,195,000 |

2

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| San Gabriel Valley BPOU (Tubing Seal Cap; Azusa, CA) | Mr. C. Scott Goulart Charles.goulart@aerojet.com Highway 50 at Aerojet Road PG Rancho Cordova, CA 95670<br><br>Mr. Norman Dupont Esq. ndupont@rwglaw.com Reichhold, Inc. c/o Richards, Watson & Gershon 355 South Grand Ave., 40th Floor Los Angeles, CA 90071-3101<br><br>Mr. Steven Richtel srichtel@wm.com Chemical Waste Management c/o Waste Management, Inc. 8310 South Valley Highway Rd., Suite 200 Englewood, CO 80112<br><br>Mr. Wayne Praskings Environmental Protection Agency US Environmental Protection Agency Region 9 75 Hawthorne Street (SFD-7-3) San Francisco, CA 94105<br><br>Mr. Mark Allendorf Mark.allendorf@awin.com 1001 South Dairy Ashford, Suite 400 Houston, TX 77077<br><br>Mr. Paul Tamborrino Special Assistant ptamborrino@hartwellcorp.com Hartwell Corporation 900 S. Richfield Road Placentia, CA 92870<br><br>Mr. Thomas L. Meyer Esq. tmeyer@parker.com Winco Enterprises Inc. c/o Parker-Hannifin Corporation 6035 Parkland Boulevard Mayfield Heights, OH 44124<br><br>Mr. Frederic A. Fudacz Water Entities c/o Nossaman LLP 445 S. Figueroa Street, 31st Floor Los Angeles, CA 90071 | Environmental | Unliquidated Disputed Subject to setoff | $2,287,000 |

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Jerry R. Lirette<br>29111 Stephenson Highway<br>Madison Heights, MI 48071 | Mr. Jerry R. Lirette<br>Tel: (248) 646-2191<br>29111 Stephenson Highway<br>Madison Heights, MI 48071 | Deferred Compensation | | $1,575,000 |
| Universal Avionics Systems<br>3260 E. Universal Way<br>Tucson, AZ 85756-5097 | Mr. Paul Deherrea<br>Chief Operating Officer<br>Tel: (520) 295-2355<br>Fax: (520) 434-4454<br>pdeherrera@uasc.com<br>Universal Avionics Systems<br>3260 E. Universal Way<br>Tucson, AZ 85756-5097 | Trade | Unliquidated | $1,350,000 |
| Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606 | Peter Baugher Esq.<br>Tel: (312) 701-9315<br>Fax: (312) 701-9335<br>baugher@sw.com<br>Schopf & Weiss LLP<br>One South Wacker Drive<br>28th Floor<br>Chicago, IL 60606 | Trade | | $1,290,000 |
| BDO Seidman LLP<br>7101 Wisconsin Avenue<br>Suite 800<br>Bethesda, MD 20814-4868 | Mr. Mark Ellenbogen<br>Tel: (301) 634-4975<br>Fax: (301) 654-3567<br>MEllenbogen@bdo.com<br>BDO Seidman LLP<br>7101 Wisconsin Avenue<br>Suite 800<br>Bethesda, MD 20814-4868 | Trade | Unliquidated | $857,000 |
| Ohio Casualty Insurance Co.<br>c/o Mr. William Woods Esq.<br>McNamara & McNamara<br>88 E. Broad Street , Suite 1250<br>Columbus Ohio 43215 | Mr. William Woods Esq.<br>McNamara & McNamara<br>Tel: (614) 228-6131<br>Fax: (614) 228-6126<br>whwoods@mcnamaralaw.us<br>88 E. Broad Street , Suite 1250<br>Columbus Ohio 43215 | Guaranty | Disputed | $825,000 |

4

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Messier Services America, Inc.<br>36 Hartford Street<br>San Francisco, CA 94114 | Ms. Alexandra Causse<br>Tel: (415) 839-8485<br>Fax: (415) 215-1619<br>alexandra.causse@messier-dowty.com<br>Messier Services America, Inc.<br>36 Hartford Street<br>San Francisco, CA 94114 | Trade | Unliquidated | $725,000 |
| Mr. Donald Taylor<br>1 Runnymede Drive<br>North Hampton, NH 03862 | Mr. Donald Taylor<br>Tel: (603) 964-6467<br>1 Runnymede Drive<br>North Hampton, NH 03862 | Life Insurance | Contingent | $660,000 |
| Maryland Department of the Environment<br>1800 Washington Blvd.<br>Suite 625<br>Baltimore, MD 21230 | Mr. Chau Nguyen<br>Tel: (410) 537-3000<br>[No publicly avail. Fax]<br>Maryland Department of the Environment<br>Env'l Restoration & Redevelopment<br>CHS Enf't/Fund Lead Site Assessment<br>1800 Washington Blvd.<br>Suite 625<br>Baltimore, MD 21230<br>Reference: Former Fairchild Republic Facility<br>Hagerstown, MD | Environmental | Unliquidated | $618,000 |
| Stadtsparkasse Düsseldorf<br>Berliner Alle 33<br>40212 Düsseldorf, Germany | Mr. Norbert Prenzel<br>Tel: +49 211 878 5800<br>Fax: +49 211 878 5805<br>Norbert.Prenzel@sskduesseldorf.de<br>Stadtsparkasse Düsseldorf<br>Berliner Alle 33<br>40212 Düsseldorf, Germany | Loan Guaranty Agreement | Contingent | $598,000<br>[€470,400] |
| HSBC Trinkaus & Burkhardt AG<br>Königsalle 21-23<br>40212 Düsseldorf, Germany | Mr. Stephan Beckers<br>Tel: +49 211 910 1369<br>Fax: +49 211 910 2535<br>stephan.beckers@hsbctrinkaus.de<br>HSBC Trinkaus & Burkhardt AG<br>Königsalle 21-23<br>40212 Düsseldorf, Germany | Loan Guaranty Agreement | Contingent | $598,000<br>[€470,400] |

5

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Michigan Dept. of Env'l Quality Remediation & Redevelopment Division 2100 West M-32 Gaylord, MI 49734 | Ms. Elaine Pelc Tel: (989) 731-4920 Fax: (989) 731-6181 Michigan Dept. of Env'l Quality Remediation & Redevelopment Division 2100 West M-32 Gaylord, MI 49734 Reference: DME Charlevoix, MI AOC-ERD-02-003 | Environmental | Unliquidated | $568,000 |
| D-M-E Company, Inc. Milacron, Inc. 4165 Half Acre Road Batavia, OH 45103 | David E. Lawrence, CEO D-M-E Company, Inc. Milacron, Inc. 4165 Half Acre Road Batavia, OH 45103 | Indemnification | Unliquidated | $568,000 |
| Mr. Edward Uhl PO Box 372 Trappe, MD 21673-0372 | Mr. Edward Uhl Tel: (410) 820-8269 PO Box 372 Trappe, MD 21673-0372 | SERP | Unliquidated | $550,000 |
| Rexnord Industries, LLC and Invensys, Inc. | Rexnord Industries, LLC and Invensys, Inc. Mr. Jay S. Ehle Vice President and General Counsel Invensys, Inc. 33 Commercial Street, B51-2J Foxboro, MA 02035 Tel: (508) 549-6717 Fax: (508) 549-6698 jay.ehle@ips.invensys.com  Ms. Patricia M. Whaley General Counsel Rexnord Industries, LLC 4701 W. Greenfield Avenue Milwaukee, WI 53214-5310 Te;: (414) 643-3000 Fax: (414) 643-3078 | Judgment | Disputed | $540,916 |
| Mr. Wilbert Schauer 3215 Gulf Shore Blvd. N Naples, FL 34103-3920 | Mr. Wilbert Schauer Tel: (239) 263-7190 3215 Gulf Shore Blvd. N Naples, FL 34103-3920 | Life Insurance | Contingent | $478,000 |

6

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| California Regional Water Quality Control Board Linda S. Adams, Cal/EPA Secretary 320 W. 4th Street Suite 200 Los Angeles, CA  90013 | Ms. Ann B. Lin, P.E. Tel: (213) 576-6600 Fax: (213) 576-6640 California Regional Water Quality Control Board 320 W. 4th Street Suite 200 Los Angeles, CA  90013 Reference: Former Voi-Shan Facility 4001 Inglewood Avenue Redondo Beach, CA Site Cleanup Program No. 0689 Site ID No. 204AP00 | Environmental | Unliquidated | $475,000 |
| PricewaterhouseCoopers Aktiengesellschaft Wirtschaftsprüfungsgesellschaft Olof-Palme-Strasse 35 60439 Frankfurt, Germany | Mr. Roman Wollscheid Tel: +49 170 917 0722 Fax: +49 69 9585 1000 roman.wollscheid@de.pwc.com Olof-Palme-Strasse 35 60439 Frankfurt, Germany | Trade | | $462,500 [€363,500] |
| Peerless Insurance Co. c/o Mr. Karl Sutter Esq. Porter, Wright & Morris 41 S. High Street Columbus, Ohio 43215 | Mr. Karl Sutter Esq. Tel: (614) 227-2276 Fax: (614) 227-2100 ksutter@porterwright.com Porter, Wright & Morris 41 S. High Street Columbus, Ohio 43215 | Guaranty | Disputed | $328,000 |
| Ganfer & Shore, LLP 360 Lexington Avenue New York, NY 10017 | Mr. Ira Matetsky Esq. Tel: (212) 922-9250 Fax: (212) 922-9335 imatetsky@ganshore.com Ganfer & Shore, LLP 360 Lexington Avenue New York, NY 10017 | Trade | | $284,143 |

7

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Ermgassen & Co<br>Michelin House<br>81 Fulham Road<br>London SW3 6RD<br>United Kingdom | Mr. Sven Leissler<br>Executive Director<br>Tel: +44 20 7838 6705<br>Fax: +44 20 7838 6800<br>Sven_Leissler@Ermgassen.com<br>Ermgassen & Co<br>Michelin House<br>81 Fulham Road<br>London SW3 6RD<br>United Kingdom | Trade | Disputed | $252,000<br>[€197,520] |
| Mr. Warren Stumpe<br>1531 W. Greenbriar Lane<br>Mequon, WI 53092 | Mr. Warren Stumpe<br>Tel: (262) 241-2560<br>1531 W. Greenbriar Lane<br>Mequon, WI 53092 | Life Insurance | Contingent | $250,000 |
| San Gabriel Valley<br>SEMOU | Mr. James Collins<br>Asst. Regional Counsel<br>Tel: (415) 972-8021<br>Fax: (415) 947-3570<br>Environmental Protection Agency,<br>EPA-Region IX<br>75 Hawthorne Street<br>Mail Cod ORC-3<br>San Francisco, CA 94105<br><br>Mr. Lawrence A. Hobel Esq.<br>Tel: (415) 772-6000<br>Fax: (415) 772-6282<br>Re: Aerojet-General Corporation<br>Covington & Burling<br>One Front St.<br>San Francisco, CA 94111<br><br>Mr. Ronald J. Tenpas Esq.<br>Tel: (202) 514-2779<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br><br>Ms. Ann Rushton<br>Tel: (213) 897-2608<br>Fax: (213) 897-2802<br>California Office of Attorney General<br>300 South Spring Street<br>Suite 1702<br>Los Angeles, CA 90013 | Environmental | Unliquidated | $250,000 |

8

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Plastic Engineered Components 1807 Vanderbilt Road Kalamazoo, MI 49204 | Plastic Engineered Components 1807 Vanderbilt Road Kalamazoo, MI 49204 Tel: (616) 323-8538 Fax: (616) 327-3652 | Indemnification | Unliquidated | $250,000 |
| Hawker Beechcraft Corp. 10511 E. Central Wichita, KS 67206 | Mr. Jeff Ellis Tel: (316) 676-3270 Fax: (316) 676-3251 Jeff_Ellis@hawkerbeechcraft.com Hawker Beechcraft Corp. 10511 E. Central Wichita, KS 67206 | Trade | Unliquidated | $236,000 |
| Northrop Grumman Litef GmbH Lorracherstr 18 D-79115, Freiburg Germany | Mr. Hans-Peter Negele Manager AHRS Contracts Ph: +49 761 4901 489 Fax: +49 761 4901 649 Negele.Hans-Peter@ng-litef.de Northrop Grumman Litef GmbH Lorracherstr 18 D-79115, Freiburg Germany | Trade | Unliquidated | $230,000 |
| Fulbright & Jaworski, LLP 1301 McKinney, Suite 5100 Houston, TX 77010-3095 | Mr. Colin Lennard Esq. Tel: (213) 892-9224 Fax: (213) 892-9494 clennard@fulbright.com Fulbright & Jaworski, LLP 1301 McKinney, Suite 5100 Houston, TX 77010-3095 | Trade | | $196,418 |
| Cahill Gordon & Reindel LLP Eighty Pine Street New York, NY 10005-1702 | Mr. James Clark Esq. Tel: (212) 701-3849 Fax: (212) 269-5420 jclark@cahill.com Cahill Gordon & Reindell LLP Eighty Pine Street New York, NY 10005-1702 | Trade | Contingent | $196,336 |
| Avidyne Corporation 55 Old Bedford Rd. Lincoln, MA 01773 | Mr. Patrick Herguth Chief Operating Officer Tel: (781) 402-7409 Fax: (781) 402-7597 pherguth@avidyne.com Avidyne Corporation 55 Old Bedford Rd. Lincoln, MA 01773 | Trade | Unliquidated | $190,000 |

5417403

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address including zip code of employee agents or department of creditor familiar with claim who may be contacted | Nature of claim (trade, debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of Claim (secured also state value of security) |
|---|---|---|---|---|
| Mr. Kenworthy J. Thompson<br>8719 W. Greenfield Ave.<br>Milwaukee, WI  53214 | Mr. Kenworthy J. Thompson<br>8719 W. Greenfield Ave.<br>Milwaukee, WI  53214 | Life Insurance | Contingent | $184,000 |
| Hogan & Hartson<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 2004 | Mr. Martin Michaelson Esq.<br>Tel: (202) 637-5748<br>Fax: (202) 637-5910<br>mmichaelson@hhlaw.com<br>Hogan & Hartson<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 2004 | Trade | | $170,314 |

10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REPUBLIC THUNDERBOLT NORTH, LLC, | ) | Case No. 09-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
| Tax I.D. No. 34-0728587 | ) |  |
|  | ) |  |

### DECLARATION REGARDING THE CONSOLIDATED LIST OF CREDITORS
### HOLDING THE LARGEST UNSECURED CLAIMS
### AGAINST THE DEBTORS

I, Donald E. Miller, Chief Restructuring Officer, as an authorized officer of the above-captioned debtor and debtor-in-possession in this chapter 11 case, declare under penalty of perjury that I have reviewed the foregoing consolidated list if creditors holding the largest unsecured claims against the debtors and that it is true and correct as of the date specified below, to the best of my knowledge, information and belief.

Dated: March 16, 2009

_____
Donald E. Miller
Chief Restructuring Officer

5703204

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REPUBLIC THUNDERBOLT NORTH, LLC, | ) | Case No. 09- |
|  | ) |  |
| Debtor. | ) |  |
| Tax I.D. No. 34-0728587 | ) |  |
|  | ) |  |

### LIST OF EQUITY SECURITY HOLDERS
### AND CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the

Debtors submit the following information:

| Debtor | Equity Holder(s)[1] |
|---|---|
| The Fairchild Corporation | See Attached Annex 1 |
| A10 Inc. | Fairchild Holding Corp. (100%) |
| Aero International, Inc. | Intersport Fashions West, Inc. (81%) RHI Holdings, Inc. (19%) |
| Aircraft Tire Corporation | The Fairchild Corporation (100%) |
| Banner Aerospace Holding Company I, Inc. | The Fairchild Corporation (100%) |
| Banner Aerospace Holding Company II, Inc. | RHI Holdings, Inc. (100%) |
| Banner Aerospace Services, Inc. | Intersport Fashions West, Inc. (100%) |
| Banner Aerospace-Singapore, Inc. | Intersport Fashions West, Inc. (100%) |
| Banner Capital Ventures, Inc. | RHI Holdings, Inc. (100%) |
| Banner Energy Corporation of Kentucky, Inc. | The Fairchild Corporation (100%) |
| Banner Industrial Distribution, Inc. | RHI Holdings, Inc. (100%) |
| Banner Industrial Products, Inc. | The Fairchild Corporation (100%) |
| BAR DE, Inc. | RHI Holdings, Inc. (98.6%) Banner Aerospace Services, Inc. (.9%) PB Herndon Aerospace, Inc. (.5%) |
| DAC International, Inc. | Banner Aerospace Holding Company I, Inc. (100%) |
| Dallas Aerospace, Inc. | Intersport Fashions West, Inc. (100%) |
| DEM Mairoll, LLC | The Fairchild Corporation (100%) |
| Discontinued Aircraft, Inc. | Intersport Fashions West, Inc. (100%) |

---

[1] Other than the entities set forth on Annex 1, each of the Equity Holders is an affiliate, general partner, or partnership of The Fairchild Corporation with a chapter 11 petition pending in this district. The mailing address for each of the Equity Holders not listed on Annex 1 is 1750 Tysons Boulevard, Suite 1400, McLean, VA 22102.

| Debtor | Equity Holder(s)[1] |
|---|---|
| Discontinued Services, Inc. | Intersport Fashions West, Inc. (100%) |
| Euro MLS, Inc. | Fairchild Holding Corp. (100%) |
| Fairchild Data Corporation | Fairchild Holding Corp. (100%) |
| Fairchild Fasteners Corp. | Fairchild Holding Corp. (100%) |
| Fairchild France, Inc. | RHI Holdings, Inc. (100%) |
| Fairchild Holding Corp. | RHI Holdings, Inc. (100%) |
| Fairchild International, Inc. | Fairchild Holding Corp. (100%) |
| Fairchild Realty, LLC | The Fairchild Corporation (100%) |
| Fairchild Retiree Medical Services, Inc. | A10 Inc. (100%) |
| Fairchild Sports USA, Inc. | Euro MLS, Inc. (100%) |
| Fairchild Sports, Inc. | Fairchild Holding Corp. (100%) |
| Fairchild Switzerland, Inc. | Fairchild Holding Corp. (100%) |
| Fairchild Technologies IP, Inc. | Fairchild Holding Corp. (100%) |
| Fairchild Titanium Technologies, Inc. | The Fairchild Corporation (100%) |
| Fairchild Trading Corp. | Fairchild Holding Corp. (100%) |
| Faircraft Sales Ltd. | The Fairchild Corporation (100%) |
| GCCUS, Inc. | Banner Aerospace Holding Company I, Inc. (100%) |
| Gobble Gobble, Inc. | RHI Holdings, Inc. (100%) |
| Intersport Fashions West, Inc. | The Fairchild Corporation (98.07%) <br> RHI Holdings, Inc. (1.88%) <br> Banner Aerospace Holding Company II, Inc. (.05%) |
| Jenkins Coal Dock Company, Inc. | Banner Energy Corporation of Kentucky, Inc. (100%) |
| Mairoll, Inc. | Fairchild Holding Corp. (100%) |
| Marcliff Corporation | Fairchild Holding Corp. (100%) |
| Marson Creative Fastener, Inc. | Marcliff Corporation (100%) |
| Matrix Aviation, Inc. | Banner Aerospace Holding Company I, Inc. (100%) |
| Meow, Inc. | Fairchild Holding Corp. (100%) |
| NASAM Incorporated | Banner Aerospace Holding Company I, Inc. (100%) |
| PB Herndon Aerospace, Inc. | Dallas Aerospace, Inc. (100%) |
| Plymouth Leasing Company | The Fairchild Corporation (100%) |
| Professional Aircraft Accessories, Inc. | Banner Aerospace Holding Company I, Inc. (100%) |
| Professional Aviation Associates, Inc. | Banner Aerospace Holding Company I, Inc. (100%) |
| Recoil Australia Holdings, Inc. | Fairchild Holding Corp. (100%) |
| Recoil Holdings, Inc. | Fairchild Holding Corp. (100%) |
| Recoil Inc. | Fairchild Holding Corp. (100%) |
| Recycling Investments II, Inc. | RHI Holdings, Inc. (100%) |
| Recycling Investments III, Inc. | RHI Holdings, Inc. (100%) |

| Debtor | Equity Holder(s)[1] |
|---|---|
| Republic Thunderbolt North, LLC | The Fairchild Corporation (100%) |
| Republic Thunderbolt West, LLC | The Fairchild Corporation (100%) |
| Republic Thunderbolt, LLC | DEM Mairoll, LLC (100%) |
| RHI Holdings, Inc. | The Fairchild Corporation (100%) |
| Sheepdog, Inc. | Fairchild Holding Corp. (100%) |
| Sovereign Air Limited | RHI Holdings, Inc. (100%) |
| Suchomimous Terensis, Inc. | Fairchild Holding Corp. (100%) |
| Swimming Upstream LLC | Fairchild Holding Corp. (100%) |
| The Rooster, Inc. | Fairchild Holding Corp. (100%) |

## Annex 1

### The Fairchild Corporation Class A Stock

| Name and Address | Number of Shares | % of Class A Stock |
|---|---|---|
| Phoenix FA Holdings, LLC<br>110 East 59th Street, Suite 1901<br>New York, NY 10022 | 6,959,288 | 30.78% |
| GAMCO Investors, Inc.<br>One Corporate Center<br>Rye, NY 10580 | 4,464,992 | 19.75% |
| The Steiner Group, LLC<br>c/o Withers Bergman LLP<br>157 Church Street, 19th Floor<br>New Haven, Connecticut 06510 | 3,193,688 | 14.13% |

### The Fairchild Corporation Class B Stock

| Name and Address | Number of Shares | % of Class B Stock |
|---|---|---|
| The Steiner Group, LLC<br>c/o Withers Bergman LLP<br>157 Church Street, 19th Floor<br>New Haven, Connecticut 06510 | 2,533,996 | 96.76% |

5703267

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| REPUBLIC THUNDERBOLT NORTH, LLC, | Case No. 09- |
| Debtor. | |
| Tax I.D. No. 34-0728587 | |

**DECLARATION REGARDING**
**LIST OF EQUITY SECURITY HOLDERS**
**AND CORPORATE OWNERSHIP STATEMENT**

I, Donald E. Miller, Chief Restructuring Officer, as an authorized officer of the above-captioned debtor and debtor-in-possession in this chapter 11 case, declare under penalty of perjury that I have reviewed the foregoing list of equity security holders and corporate ownership statement and that it is true and correct as of the date specified below, to the best of my knowledge, information and belief.

Dated: March 16, 2009

_Donald E. Miller_
Donald E. Miller
Chief Restructuring Officer

5703042

## OFFICER'S CERTIFICATE OF
## FILING RESOLUTIONS

I, Donald E. Miller, Chief Restructuring Officer of each of The Fairchild Corporation and its direct and indirect subsidiaries set forth in Appendix 1 (each, individually, a "Company" and, collectively, the "Companies"), hereby certify that

A.      The Fairchild Corporation, at meetings of its board of directors on the dates set forth below, adopted the following resolutions:

On March 13, 2009:

### Confirmation of Retention of Counsels, Advisors and Chief Restructuring Officer

RESOLVED, that the Board hereby ratifies and approves (a) the retention by the Company of (i) the law firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP as its general restructuring counsel, (ii) the law firm of Cahill Gordon & Reindel LLP as its general corporate counsel, (iii) the firm of CRG Partners Group LLC as its financial restructuring advisor, and (b) the employment and appointment of Donald E. Miller as its Chief Restructuring Officer, under the supervision of the Board, to manage, coordinate, direct and take any and all actions which he deems necessary and proper in connection with any restructuring alternative and the resolution of the distress of the Companies; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Richards, Layton & Finger, P.A., as its Delaware bankruptcy counsel.

On March 15, 2009:

### Filing of Chapter 11 Petition

RESOLVED, that the Company (including the Filing Subsidiaries) be, and it hereby is, authorized and directed to file a petition seeking relief under the provisions of the Bankruptcy Code; such petition to be filed in the United States Bankruptcy Court for the District of Delaware or such other jurisdictions as the Company shall deem appropriate (the "Bankruptcy Court") as soon as practicable; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to cause each of the Filing Subsidiaries to take any and all action, including authorizing a filing in Bankruptcy Court, and to execute and deliver any and all documents, agreements, motions and pleadings as are necessary or appropriate to enable such Filing Subsidiary to carry out the filing in Bankruptcy Court contemplated hereby; and be it further;

### Sales of the Company's Assets and DIP Facilities

RESOLVED, that the sale of all or substantially all of the assets of Banner Aerospace Holdings I, Inc. and its direct and indirect subsidiaries ("Banner") and Fairchild Realty, LLC ("FR") be, and it hereby is, authorized and approved, whether through one or more negotiated sales or through the use of an auction, to the highest and best bidder(s) (the "Successful Bidder") in accordance with the bidding procedures presented to and reviewed by the Board, or through any other sale procedure available under the Bankruptcy Code or otherwise; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to enter into discussions and negotiations for the sale of all or substantially all of the assets and the assumption of certain liabilities of Banner with Phoenix Banner LLC or its designee to act as stalking horse in connection with the above mentioned sale and, if additional qualified bidders participate in an auction, in either case, pursuant to section 363 of the Bankruptcy Code and any sale order entered by the Bankruptcy Court (the "Banner Sale"); and be it further

RESOLVED, that the officers of the Company (collectively, the "Officers" and individually an "Officer") be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take any and all actions to negotiate, execute, deliver and/or file, or cause to be negotiated, executed, delivered and/or filed, any and all necessary documents, agreements, motions or other instruments in connection with the Banner Sale, including, without limitation, one or more asset purchase agreement(s) with the stalking horse or the Successful Bidder, as well as any other agreements or other documents which, in the opinion of the Officers so acting on behalf of the Company, may be necessary, appropriate, convenient or proper to carry out and consummate the Banner Sale with the stalking horse or other Successful Bidder; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to guarantee the obligations of Banner, as the borrowers under a $23,000,000 senior secured, super-priority debtor-in-possession revolving credit facility (the "Senior DIP Facility") with PNC, (including the roll-up of the Existing Credit Facilities with PNC into the Senior DIP Facility); and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to guarantee the obligations of Banner and FR, as the borrowers under a $4,000,000 debtor-in-possession subordinated credit and security agreement with Phoenix Banner LLC or its designee (the "Lender") subordinated to the Senior DIP Facility (the "Junior DIP Facility") for certain designated purposes; and be it further

RESOLVED, that in connection with the commencement of the Bankruptcy Case, the Officers be, and each of them hereby is, authorized, empowered and directed to negotiate, execute and deliver any and all loan documents required in connection with the Senior DIP Facility and the Junior DIP Facility, including, without limitation, such notes, security agreements, instruments, any guaranty and other agreements, on such terms and conditions as the Officer so acting on behalf of the Company considers necessary, appropriate, convenient or proper (collectively with any such loan facilities, the "Credit Documents"), his or her signature thereon shall be conclusive evidence that the same was authorized hereby.

General Authorization

RESOLVED, that any actions taken by any Officer or any of the professionals retained by the Company, in each case, acting on behalf of the Company in connection with the Bankruptcy Case, the Banner Sale or any matter related thereto, be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it further

RESOLVED, that the Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all

2

further actions, to prepare and execute any and all motions, certificates and pleadings, to cause the same to be filed in the Bankruptcy Court, and to execute and deliver or cause to be executed or delivered all such other agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in the judgment of the Officer so acting, shall be necessary, appropriate, convenient or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

B.     (i) Each of the Companies listed in Column A of Appendix 1, at meetings of the applicable Company's board of directors, and (ii) the Company listed in Column B of Appendix 1, by written consents of its Sole Member and Board of Directors, in each case, on the dates set forth below, adopted the following resolutions:

On March 13, 2009:

### Confirmation of Retention of Counsels, Advisors and Chief Restructuring Officer

RESOLVED, that the Board hereby ratifies and approves (a) the retention by the Company of (i) the law firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP as its general restructuring counsel, (ii) the law firm of Cahill Gordon & Reindel LLP as its general corporate counsel, (iii) the firm of CRG Partners Group LLC as its financial restructuring advisor, and (b) the employment and appointment of Donald E. Miller as its Chief Restructuring Officer, under the supervision of the Board, to manage, coordinate, direct and take any and all actions which he deems necessary and proper in connection with any restructuring alternative and the resolution of the distress of the Companies; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Richards, Layton & Finger, P.A., as its Delaware bankruptcy counsel.

On March 15, 2009:

### Filing of Chapter 11 Petition

RESOLVED, that the Company be, and it hereby is, authorized and directed to file a petition seeking relief under the provisions of the Bankruptcy Code; such petition to be filed in the United States Bankruptcy Court for the District of Delaware or such other jurisdictions as the Company shall deem appropriate (the "Bankruptcy Court") as soon as practicable; and be it further

### Sales of the Company's Assets and DIP Facilities

RESOLVED, that the sale of all or substantially all of the assets of the Company be, and it hereby is, authorized and approved, whether through one or more negotiated sales or through the use of an auction, to the highest and best bidder(s) (the "Successful Bidder") in accordance with the bidding procedures presented to and reviewed by the Board, or through any other sale procedure available under the Bankruptcy Code or otherwise; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to enter into discussions and negotiations for the sale of all or substantially all of the assets and the assumption of certain liabilities of the Company with Phoenix Banner LLC or its designee to act

3

as stalking horse in connection with the above mentioned sale and, if additional qualified bidders participate in an auction, in either case, pursuant to section 363 of the Bankruptcy Code and any sale order entered by the Bankruptcy Court (the "Banner Sale"); and be it further

RESOLVED, that the officers of the Company (collectively, the "Officers" and individually an "Officer") be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take any and all actions to negotiate, execute, deliver and/or file, or cause to be negotiated, executed, delivered and/or filed, any and all necessary documents, agreements, motions or other instruments in connection with the Banner Sale, including, without limitation, one or more asset purchase agreement(s) with the stalking horse or the Successful Bidder, as well as any other agreements or other documents which, in the opinion of the Officers so acting on behalf of the Company, may be necessary, appropriate, convenient or proper to carry out and consummate the Banner Sale with the stalking horse or other Successful Bidder; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to enter into discussions and negotiations for the consummation of a $23,000,000 senior secured, super-priority debtor-in-possession revolving credit facility (the "Senior DIP Facility") with PNC (including the roll-up of the Existing Credit Facilities into the Senior DIP Facility); and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to enter into discussions and negotiations for the consummation of a $4,000,000 debtor-in-possession subordinated credit and security agreement with Phoenix Banner LLC or its designee (the "Lender") subordinated to the Senior DIP Facility (the "Junior DIP Facility") for certain designated purposes; and be it further

RESOLVED, that in connection with the commencement of the Company's Chapter 11 case, the Officers be, and each of them hereby is, authorized, empowered and directed to negotiate the use of cash collateral and to negotiate, execute and deliver any and all loan documents required in connection with the Senior DIP Facility, Junior DIP Facility, including, without limitation, such notes, security agreements and other agreements or instruments and on such terms and conditions as the Officer so acting on behalf of the Company considers necessary, appropriate, convenient or proper (collectively with any such loan facilities, the "Credit Documents"), his or her signature thereon shall be conclusive evidence that the same was authorized hereby.

<u>General Authorization</u>

RESOLVED, that any actions taken by any Officer or any of the professionals retained by the Company, in each case, acting on behalf of the Company in connection with the Bankruptcy Case, the Banner Sale or any matter related thereto, be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it further

RESOLVED, that the Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all further actions, to prepare and execute any and all motions, certificates and pleadings, to cause the same to be filed in the Bankruptcy Court, and to execute and deliver or cause to be executed

or delivered all such other agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in the judgment of the Officer so acting, shall be necessary, appropriate, convenient or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

C.    (i) Each of the Companies listed in Column C of Appendix 1, at meetings of the applicable Company's board of directors, and (ii) the Company listed in Column E of Appendix 1, by unanimous written consents of the Company's Sole Member and Board of Directors, in each case, on the dates set forth below, adopted the following resolutions:

On March 13, 2009:

### Confirmation of Retention of Counsels, Advisors and Chief Restructuring Officer

RESOLVED, that the Board hereby ratifies and approves (a) the retention by the Company of (i) the law firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP as its general restructuring counsel, (ii) the law firm of Cahill Gordon & Reindel LLP as its general corporate counsel, (iii) the firm of CRG Partners Group LLC as its financial restructuring advisor, and (b) the employment and appointment of Donald E. Miller as its Chief Restructuring Officer, under the supervision of the Board, to manage, coordinate, direct and take any and all actions which he deems necessary and proper in connection with any restructuring alternative and the resolution of the distress of the Companies; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Richards, Layton & Finger, P.A., as its Delaware bankruptcy counsel.

D.    Each of the Companies listed in Column D of Appendix 1, by written consents of their respective Sole Member, on the dates set forth below, adopted the following resolution:

On March 13, 2009:

### Confirmation of Retention of Counsels, Advisors and Chief Restructuring Officer

RESOLVED, that the Member hereby ratifies and approves (a) the retention by the Company of (i) the law firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP as its general restructuring counsel, (ii) the law firm of Cahill Gordon & Reindel LLP as its general corporate counsel, (iii) the firm of CRG Partners Group LLC as its financial restructuring advisor, and (b) the employment and appointment of Donald E. Miller as its Chief Restructuring Officer, under the supervision of the Board of the Member, to manage, coordinate, direct and take any and all actions which he deems necessary and proper in connection with any restructuring alternative and the resolution of the distress of the Companies; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Richards, Layton & Finger, P.A., as its Delaware bankruptcy counsel.

5538388

E.    The Company listed in Column F of Appendix 1, by unanimous written consents of the Company's Members on the date se t forth below, adopted the following resolutions:

On March 13, 2009:

### Confirmation of Retention of Counsels, Advisors and Chief Restructurin g Officer

RESOLVED, that the Members hereby ratify and approve (a) the retention by the Company of (i) the law firm of Curtis, Mallet-Prevost, Colt & Mosle, LLP as its general restructuring counsel, (ii) the law firm of Cahill Gordon & Reindel LLP as its general corporate counsel, (iii) he firm of CRG Partners Group LLC as its financial restructuring advisor, and (b) the employment and appointment of Donald E. Miller as its Chief Restructuring Officer, under the supervision of the board of directors of The Fairchild Corporation, to manage, coordinate, direct and take any and all actions which he deems necessary and proper in connection with any restructuring alternative and the resolution of the distress of the Companies; and be it further

RESOLVED, that the Company be, and it hereby is, authorized and directed to retain the law firm of Richards, Layton & Finger, P.A., as its Delawa re bankruptcy counsel.

F.    (i) Each of the Companies listed in Column C of Appendix 1, at meetings of the applicable Company's board of directors, (ii) each of the Companies listed in Column D of Appendix 1, by written consents of their respective Sole Member, (iii) the Company listed in Column E of Appendix 1, by unanimous written consents of the Company's Sole Member and Board of Directors and (iv) the Company listed in Column F of Appendix 1, by unanimous written consents of the Company's Members, in each case, on the dates set forth below, adopted the following resolutions:

On March 15, 2009:

### Filing of Chapter 11 Petition

RESOLVED, that the Company be, and it hereby is, authorized and directed to file a petition seeking relief under the provisions of the Bankruptcy Code; such petition to be filed in the United States Bankruptcy Court for the District of Delaware or such other jurisdictions as the Company shall deem appropriate (the "Bankruptcy Court") as soon as practicable; and be it further

### The Banner Sale and Junior DIP Facility

RESOLVED, that the Company be, and it hereby is, authorized and directed to guarantee the obligations of Banner Aerospace Holding Company I, Inc. and its direct and indirect subsidiaries ("Banner"), as the borrowers under a $4,000,000 debtor-in-possession subordinated credit and security agreement with Phoenix Banner LLC or its designee (the "Lender"), subordinated to a certain $23,000,000 senior secured, super-priority debtor-in-possession revolving credit facility, for certain designated purposes (the "Junior DIP Facility"); and be it further

RESOLVED, that in connection with the commencement of the Company's Chapter 11 case, the O fficers be, and each of them hereby is, authorized, empower ed and directed to

6

negotiate the use of cash collateral and to negotiate, execute and deliver any and all loan documents required in connection with the Junior DIP Facility, including, without limitation, such notes, security agreements and other agreements or instruments and on such terms and conditions as the Officer so acting on behalf of the Company considers necessary, appropriate, convenient or proper (collectively with any such loan facilities, the "Credit Documents"), his or her signature thereon shall be conclusive evidence that the same was authorized hereby.

General Authorization

RESOLVED, that any actions taken by any Officer or any of the professionals retained by the Company, in each case, acting on behalf of the Company in connection with the Bankruptcy Case, the Banner Sale or any matter related thereto, be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it further

RESOLVED, that the Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take or cause to be taken any and all further actions, to prepare and execute any and all motions, certificates and pleadings, to cause the same to be filed in the Bankruptcy Court, and to execute and deliver or cause to be executed or delivered all such other agreements, documents, certificates and undertakings, and to incur all such fees and expenses, as in the judgment of the Officer so acting, shall be necessary, appropriate, convenient or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

It is understood and acknowledged that the undersigned is executing this Certificate not in an individual capacity but solely in his capacity as an officer of the Companies and is without any personal liability as to the matters contained in this Certificate.

IN WITNESS WHEREOF, the undersigned has executed this Certificate in the name of and on behalf of the Companies this 16th day of March, 2009.

By:   _Donald E. Miller_

Donald E. Miller
Chief Restructuring Officer

5538388

## APPENDIX 1
### List of Companies

| Column A | |
|---|---|
| Banner Aerospace Holding Company I, Inc. | Matrix Aviation, Inc. |
| DAC International, Inc. | NASAM Incorporated |
| GCCUS, Inc. | Professional Aircraft Accessories, Inc. |
| | Professional Aviation Associates, Inc. |

| Column B |
|---|
| Fairchild Realty, LLC |

| Column C | |
|---|---|
| A10 Inc. | Fairchild Trading Corp. |
| Aero International, Inc. | Faircraft Sales, Ltd. |
| Aircraft Tire Corporation | Gobble Gobble, Inc. |
| Banner Aerospace Holding Company II, Inc. | Intersport Fashions West, Inc. |
| Banner Aerospace Services, Inc. | Jenkins Coal Dock Company, Inc. |
| Banner Aerospace-Singapore, Inc. | Mairoll, Inc. |
| Banner Capital Ventures, Inc. | Marcliff Corporation |
| Banner Energy Corporation of Kentucky, Inc. | Marson Creative Fastener, Inc. |
| Banner Industrial Distribution, Inc. | Meow, Inc. |
| Banner Industrial Products, Inc. | PB Herndon Aerospace, Inc. |
| BAR DE, Inc. | Plymouth Leasing Company |
| Dallas Aerospace, Inc. | Recoil Australia Holdings, Inc. |
| Discontinued Aircraft, Inc. | Recoil Holdings, Inc. |
| Discontinued Services, Inc. | Recoil Inc. |
| Euro MLS, Inc. | Recycling Investments II, Inc. |
| Fairchild Data Corporation | Recycling Investments III, Inc. |
| Fairchild Fasteners Corp. | RHI Holdings, Inc. |
| Fairchild France, Inc. | Sheepdog, Inc. |
| Fairchild Holding Corp. | Sovereign Air Limited |
| Fairchild International, Inc. | Suchomimous Terensis, Inc. |
| Fairchild Retiree Medical Services, Inc. | The Rooster, Inc |
| Fairchild Sports USA, Inc. | The Rooster, Inc |
| Fairchild Sports, Inc. | |
| Fairchild Switzerland, Inc. | |
| Fairchild Technologies IP, Inc. | |
| Fairchild Titanium Technologies, Inc. | |

| Column D |
|---|
| Republic Thunderbolt North, LLC |
| Republic Thunderbolt West, LLC |
| Swimming Upstream LLC |

| Column E |
|---|
| Republic Thunderbolt, LLC |

| Column F |
|---|
| DEM Mairoll, LLC |

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE FAIRCHILD CORPORATION, et al.,[1] | ) | Case No. 09- |
| | ) | |
| Debtors. | ) | Joint Administration Pending |

### NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession will concurrently file in a separate attachment the Creditor Matrix with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Dated: March 16, 2009
Wilmington, Delaware

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
Steven J. Reisman (SR-4906)
Timothy A. Barnes (TB-0409)
Veronique A. Hodeau (VH-8107)
101 Park Avenue
New York, New York 10178-0061
Telephone:    (212) 696-6000
Facsimile:    (212) 697-1559

- and -

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (Bar No. 2981)
Michael J. Merchant (Bar No. 3854)
Jason M. Madron (Bar No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701

Proposed Co-Counsel for the Debtors and
Debtors-in-Possession

---

[1] The last four digits of Fairchild's federal tax identification number are 8587. The mailing address for Fairchild is 1750 Tysons Boulevard, Suite 1400, McLean, VA 22102. Due to the large number of Debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at http://chapter11.epiqsystems.com/fairchild.

5707795